IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| BOBBY ROUSE, ET AL., on behalf of himself and all others similarly situated, | § § § | |
| Plaintiff, | § § | Civil Action No. 3:15-cv-00048 |
| v. | § § | |
| TARGET CORPORATION, | § § § | FLSA COLLECTIVE ACTION (JURY TRIAL) |
| Defendant. | § | |

**PLAINTIFFS' REQUEST FOR ENTRY OF FINAL JUDGMENT
AND ATTORNEYS' FEES AND COSTS**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Plaintiffs Bobby Rouse and Nicole Garza (collectively, "Plaintiffs") file this Request for Entry of Final Judgment and Attorney's Fees and Costs, and would respectfully show as follows:

1. Plaintiffs filed suit against Defendant Target Corporation for violations of the Fair Labor Standards Act, 29 U.S.C. § 216 ("FLSA").

2. Pursuant to Fed. R. Civ. P. 68, Defendant Target Corporation served Plaintiffs with an unconditional offer of judgment on July 24, 2015. The Plaintiffs timely accepted the offer on August 6, 2015.

3. Accordingly, Plaintiffs request that this Court order the clerk to enter judgment in favor of Plaintiffs and against Defendants.

4. Further, as the prevailing Plaintiffs in an FLSA action, Plaintiffs are entitled to an award of reasonable attorney's fees and costs and litigation expenses to be paid by Defendant. Specifically, the FLSA provides:

> The court is such action shall, in addition to any judgment awarded to the plaintiff or plaintiffs, allow a reasonable attorney's fees to be paid by the defendant and costs of the action.

29 U.S.C. § 216(b).

5. Plaintiffs seek **$48,975.00** as the fair and reasonable amount of attorney's fees, as established by the attached sworn declaration of Rhonda H. Wills, Plaintiffs' attorney (Exhibit 1). Wills Law Firm, PLLC spent a total of 148.75 hours working on this matter as follows: (1) Rhonda H. Wills spent 53.5 hours working on this matter and charged the prevailing rate of $500.00 per hour; (2) Genevieve B. Estrada, Plaintiffs' attorney, spent 58 hours working on this matter and charged the prevailing rate of $300.00 per hour; (3) the paralegals spent 30.5 hours working on this matter and charged the prevailing rate of $125 per hour; and (4) the law clerks spent 6.75 hours working on this matter and charged the prevailing rate of $150.00 per hour. *See* Exhibit 2.

6. Additionally, Plaintiffs seek all taxable costs and litigation expenses in the amount of **$1,161.73**. Such costs and litigation expenses were actually and necessarily incurred by Plaintiffs, a description of which is included in Exhibit 3.

For all the foregoing reasons, Plaintiffs respectfully request that the Court enter judgment in favor of Plaintiffs and against Defendant Target Corporation, and grant all requested attorneys' fees and costs and litigation expenses as set forth herein.

Date:   October 22, 2015

        Respectfully submitted,

        By: /s/ Rhonda H. Wills
        Rhonda H. Wills
        ATTORNEY-IN-CHARGE
        State Bar No. 00791943
        S.D. Id. No. 20699
        Genevieve B. Estrada
        State Bar No. 24087481
        WILLS LAW FIRM, PLLC
        1776 Yorktown, Suite 570
        Houston, Texas 77056
        Telephone: (713) 528-4455
        Facsimile: (713) 528-2047

        ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

    I, the undersigned counsel, hereby certify that the foregoing document has been electronically filed with the clerk of the Court by using the CM/ECF system, which will in turn send a notice of the electronic filing to all counsel of record, on this 22nd day of October, 2015.

        */s/ Rhonda H. Wills*
        Rhonda H. Wills