Fee Bills for Wills Law Firm, PLLC
Civil Action No. 3:15-cv-00048; *Bobby Rouse, et al., v. Target Corporation*

| Timekeeper & Rate | Task | Time | Total |
|---|---|---|---|
| RHW $500 | Initial meetings with Bobby Rouse (2) | 2.50 | $1250.00 |
| RHW $500 | Research, prepare and file Plaintiffs' Original Complaint | 4.25 | $2125.00 |
| RHW $500 | Prepare and file Notices of Consent | .50 | $250.00 |
| RHW $500 | Review Order for Conference and Disclosure of Interested Parties | .25 | $125.00 |
| RHW $500 | Review Motion for Jeffrey D. Wohl to Appear Pro Hac Vice and to Appear as Attorney-In-Charge | .25 | $125.00 |
| RHW $500 | Review Motion for Peter A. Cooper to Appear Pro Hac Vice | .25 | $125.00 |
| RHW $500 | Review Motion for Claire Hoffman to Appear Pro Hac Vice | .25 | $125.00 |
| RHW $500 | Review Order Granting Motion for Jeffrey D. Wohl to Appear Pro Hac Vice | .25 | $125.00 |
| RHW $500 | Review Order Granting Motion for Peter A. Cooper to Appear Pro Hac Vice | .25 | $125.00 |
| RHW $500 | Review Order Granting Motion for Claire Hoffman to Appear Pro Hac Vice | .25 | $125.00 |
| RHW $500 | Review Defendant's Answer to Plaintiff's Original Complaint and prepare memo regarding legal research regarding same | 1.50 | $750.00 |
| RHW $500 | Review Defendants' Certificated of Interested Parties | .25 | $125.00 |
| RHW $500 | Review Defendants' Corporate Disclosure Statement | .25 | $125.00 |
| RHW $500 | Review Notice of Reassignment to USDC Judge George C. Hanks | .25 | $125.00 |
| RHW $500 | Review Order for Conference and Disclosure of Interested Parties | .25 | $125.00 |
| RHW $500 | Review Defendant's Supplemental Certificate of Interested Parties | .25 | $125.00 |
| RHW $500 | Rule 26 Conference Call with Jeffrey Wohl (05/26/15) | .50 | $250.00 |
| RHW $500 | Rule 26 Conference Call with Jeffrey Wohl (06/01/2015) | .50 | $250.00 |
| RHW $500 | Review Letter regarding Defendant's First Request for Production of Documents and Possible Deposition Dates for Plaintiffs' | .25 | $125.00 |
| RHW $500 | Review letter regarding possible settlement of plaintiffs' claims (6/3/15) | .75 | $375.00 |
| RHW $500 | Legal research and analysis re exemptions | 3.50 | $1750.00 |
| RHW $500 | Prepare damage analysis for plaintiffs | 1.50 | $750.00 |
| RHW $500 | Client meeting | 1.50 | $750.00 |

Fee Bills for Wills Law Firm, PLLC
Civil Action No. 3:15-cv-00048; *Bobby Rouse, et al., v. Target Corporation*

| RHW $500 | Drafted Letter to Defendant regarding Plaintiff's First Request for Production of Documents | .25 | $125.00 |
|---|---|---|---|
| RHW $500 | Reviewed and edited Plaintiff's First Request for Production of Documents | .50 | $250.00 |
| RHW $500 | Review Joint Discovery Case Management Plan and make edits | 1.25 | $625.00 |
| RHW $500 | Review Letter regarding Deposition Dates for Plaintiffs' | .25 | $125.00 |
| RHW $500 | Drafted Letter to Defendant's regarding Plaintiff's Initial Disclosures, | .25 | $125.00 |
| RHW $500 | Reviewed and edited Plaintiff Bobby Rouse's Objections and Answers to Defendant's First Request for Production | 1.25 | $625.00 |
| RHW $500 | Reviewed and edited Opt-In Plaintiff Nicole Garza's Objections and Answers to Defendant's First Request for Production | 1.25 | $625.00 |
| RHW $500 | Reviewed documents Bates Labeled Target-P000001-Target-P000011 | .25 | $125.00 |
| RHW $500 | Review Letter from Defendant's regarding Amended Notices of Deposition for Plaintiff Bobby Rouse and Nicole Garza | .25 | $125.00 |
| RHW $500 | Review Defendant's privilege log | .25 | $125.00 |
| RHW $500 | Conduct research re Defendant's privilege log | 1.75 | $875.00 |
| RHW $500 | Prepare and File Letter with Court regarding Request for Discovery Conference | .50 | $250.00 |
| RHW $500 | Attend Pre-Trial and Scheduling Conference with Judge George Hanks in Galveston, Texas (including travel time) (07/08/15) | 4.25 | $2125.00 |
| RHW $500 | Telephone Conference Call with Jeffrey Wohl (07/10/15) | .50 | $250.00 |
| RHW $500 | Review Hearing Minutes and Order from Pretrial and Scheduling Conference held on July 8, 2015 | .25 | $125.00 |
| RHW $500 | Review Docket Control Order | .25 | $125.00 |
| RHW $500 | Research and begin drafting motion for conditional certification | 4.75 | $2375.00 |
| RHW $500 | Telephone Conference with Jeffrey Wohl (07/15/15) | .50 | $250.00 |
| RHW $500 | Review Defendant's Initial Disclosures | .25 | $125.00 |
| RHW $500 | Review Defendant's responses to Plaintiff Bobby Rouse First Request of Production, including 325 documents produced | 2.25 | $1125.00 |
| RHW $500 | Review and edit Plaintiff's Opposed Motion for Leave to File Plaintiffs' First Amended Complaint | .25 | $125.00 |
| RHW $500 | Review and edit Plaintiffs' First Amended | .75 | $375.00 |

Fee Bills for Wills Law Firm, PLLC
Civil Action No. 3:15-cv-00048; *Bobby Rouse, et al., v. Target Corporation*

| RHW $500 | Review and edit Proposed Order Granting Motion for Leave to File Plaintiffs' First Amended Complaint | .25 | $125.00 |
|---|---|---|---|
| RHW $500 | Review Order Granting Motion for Leave to File Plaintiffs' First Amended Complaint | .25 | $125.00 |
| RHW $500 | Review Defendant's proposed protective order | 1.0 | $500.00 |
| RHW $500 | Drafted Letter to Defendant regarding Declining of Deposition Dates and Protective Order | .50 | $250.00 |
| RHW $500 | Client meeting | 1.0 | $500.00 |
| RHW $500 | Exchange 24 emails with opposing counsel | 6.0 | $3000.00 |
| RHW $500 | T/c with client (6) | 1.75 | $875.00 |
| RHW $500 | Review Letter from Defendant regarding offer of judgment | .50 | $250.00 |
| | **TOTAL FOR RHONDA H. WILLS** | **53.5** | **$26,750.00** |
| | | | |
| GE $300 | Initial telephone consult with Bobby Rouse (02/04/15) | .75 | $225 |
| GE $300 | Initial meeting with Bobby Rouse (02/12/15) | .5 | $150 |
| GE $300 | Research, prepare and file Plaintiffs' Original Complaint with Notices of Consent | 8 | $2,400 |
| GE $300 | Review Order for Conference and Disclosure of Interested Parties | .25 | $75 |
| GE $300 | Request for Issuance of Summons | .25 | $75 |
| GE $300 | Drafted Transmittal Letter for Summons | .25 | $75 |
| GE $300 | Prepare and file Plaintiff's Certificate of Interested Parties with Mailed Copy to Registered Agent | .25 | $75 |
| GE $300 | Prepare and File Executed Summons of Target Corporation | .25 | $75 |
| GE $300 | Review Motion for Jeffrey D. Wohl to Appear Pro Hac Vice and to Appear as Attorney-In-Charge | .25 | $75 |
| GE $300 | Review Motion for Peter A. Cooper to Appear Pro Hac Vice | .25 | $75 |
| GE $300 | Review Motion for Claire Hoffman to Appear Pro Hac Vice | .25 | $75 |
| GE $300 | Review Order Granting Motion for Jeffrey D. Wohl to Appear Pro Hac Vice | .25 | $75 |
| GE $300 | Review Order Granting Motion for Peter A. Cooper to Appear Pro Hac Vice | .25 | $75 |
| GE $300 | Review Order Granting Motion for Claire Hoffman to Appear Pro Hac Vice | .25 | $75 |
| GE $300 | Review Defendant's Answer to Plaintiff's Original Complaint | .5 | $150 |

Fee Bills for Wills Law Firm, PLLC
Civil Action No. 3:15-cv-00048; *Bobby Rouse, et al., v. Target Corporation*

| GE $300 | Review Defendants' Certificated of Interested Parties | .25 | $75 |
|---|---|---|---|
| GE $300 | Review Defendants' Corporate Disclosure Statement | .25 | $75 |
| GE $300 | Initial Telephone Consult with Nicole Garza (04/16/15) | .75 | $225 |
| GE $300 | Prepare and file Notice of Filing Additional Notice of Consent of Nicole Garza | .25 | $75 |
| GE $300 | Review Order for Conference and Disclosure of Interested Parties and Calendar Dates | .25 | $75 |
| GE $300 | Review Defendant's Supplemental Certificate of Interested Parties | .25 | $75 |
| GE $300 | Rule 26 Conference Call with Jeffrey Wohl (06/01/2015) | .5 | $150 |
| GE $300 | Review Letter regarding Defendant's First Request for Production of Documents and Possible Deposition Dates for Plaintiffs' | .25 | $75 |
| GE $300 | Review Letter from Defendant's regarding Settlement | .25 | $75 |
| GE $300 | Review Defendant's Document Production | 1.5 | $450 |
| GE $300 | Prepare Damage Model | 2.5 | $750 |
| GE $300 | Drafted Plaintiff's First Request for Production of Documents to Defendant and Transmittal Letter | 3 | $900 |
| GE $300 | Telephone Call from Claire Hoffman re JDCMP | .25 | $75 |
| GE $300 | Edit and Review Joint Discovery Case Management Plan | 3 | $900 |
| GE $300 | Review Letter regarding Deposition Dates for Plaintiffs' | .25 | $75 |
| GE $300 | Telephone Communication with Bobby Rouse re Defendants' Discovery Requests | .25 | $75 |
| GE $300 | Telephone Communication with Nicole Garza re Defendants' Discovery Requests | .5 | $150 |
| GE $300 | Drafted Plaintiff Bobby Rouse's Objections and Answers to Defendant's First Request for Production | 4 | $1,200 |
| GE $300 | Drafted Opt-In Plaintiff Nicole Garza's Objections and Answers to Defendant's First Request for Production | 4 | $1,200 |
| GE $300 | Review Documents Bates Labeled Target-P000001-Target-P000011 | .5 | $150 |
| GE $300 | Drafted Plaintiffs' Initial Disclosures | .5 | $150 |
| GE $300 | Drafted Letter to Defendant's regarding Plaintiff's Initial Disclosures, Discovery, and Production of Documents | .25 | $75 |

Fee Bills for Wills Law Firm, PLLC
Civil Action No. 3:15-cv-00048; *Bobby Rouse, et al., v. Target Corporation*

| GE $300 | Prepare and File Letter with Court regarding Request for Discovery Conference | 3 | $900 |
|---|---|---|---|
| GE $300 | Initial Pre-Trial and Scheduling Conference with Judge George Hanks (07/08/15) | 4 | $1,200 |
| GE $300 | Telephone Conference Call with Jeffrey Wohl (07/10/15) | .25 | $75 |
| GE $300 | Review Hearing Minutes and Order from Pretrial and Scheduling Conference held on July 8, 2015 | .25 | $75 |
| GE $300 | Review Docket Control Order | .25 | $75 |
| GE $300 | Client Contact with Nicole Garza for Depo Scheduling (07/14/15) | .25 | $75 |
| GE $300 | Client Contact with Bobby Rouse for Depo Scheduling (07/14/15) | .25 | $75 |
| GE $300 | Review Defendant's Initial Disclosures | .25 | $75 |
| GE $300 | Review Defendant's responses to Plaintiff Bobby Rouse First Request of Production | .5 | $150 |
| GE $300 | Prepare and File Plaintiff's Opposed Motion for Leave to File Plaintiffs' First Amended Complaint | .5 | $150 |
| GE $300 | Prepare and File Plaintiffs' First Amended | 1 | $300 |
| GE $300 | Prepare and File Proposed Order Granting Motion for Leave to File Plaintiffs' First Amended Complaint | .25 | $75 |
| GE $300 | Review Order Granting Motion for Leave to File Plaintiffs' First Amended Complaint | .25 | $75 |
| GE $300 | Review of Mr. Wohl's Correspondence to Court and Court's responses re Granting of Plaintiffs' First Amended Complaint | .25 | $75 |
| GE $300 | Drafted Letter to Defendant regarding Defendant's Withholding of Witness Statements, Scheduling of 30(b)(6) witness, and Proposed Protective Order | 3 | $900 |
| GE $300 | Review of Defendant's Letter re its Position on ETL-AP Declarations, 30(b)(6) Depo, and Protective Order | 1 | $300 |
| GE $300 | Correspondence with Mr. Wohl re TV Coverage at Plaintiffs' Depos and Review of Defendant's letter re Media Coverage | .25 | $75 |
| GE $300 | Telephone Conference with Jeffrey Wohl and Claire Hoffman re Defendants' Discovery Disputes (Answers to Plaintiffs' Discovery and Reality TV Show) and Subsequent Email Correspondence | .25 | $75 |
| GE $300 | Meeting with Bobby Rouse re Offer of Judgment | .5 | $150 |

Fee Bills for Wills Law Firm, PLLC
Civil Action No. 3:15-cv-00048; *Bobby Rouse, et al., v. Target Corporation*

| | | | |
|---|---|---|---|
| GE $300 | Telephone Conference with Nicole Garza re Offer of Judgment | .75 | $225 |
| GE $300 | Email Communication with Jeffrey Wohl re Electronic Service<br><br>Review Stipulation re Electronic Service | .25 | $75 |
| GE $300 | Review of Defendant's Offer Of Judgment and Legal Research | 4.75 | $1,425 |
| | **TOTAL FOR GENEVIEVE ESTRADA** | **58** | **$17,400.00** |
| | | | |
| Paralegal $125 | Reviewed 61 documents in Defendant's Document Production | 1.00 | $125.00 |
| Paralegal $125 | Indexed 263 documents in Defendant's Document Production | 2.50 | $312.50 |
| Paralegal $125 | Marked 11 Documents for Plaintiff's Document Production | 17.00 | $2,125.00 |
| Paralegal $125 | Reviewed 11 Documents Produced by Client | .75 | $93.75 |
| Paralegal $125 | Prepared Plaintiff's Pleadings with Court Filed Documents 1-25 and Discovery | 1.25 | $156.25 |
| Paralegal $125 | Made 1,624 copies | 3.00 | $375.00 |
| Paralegal $125 | Sent 1 fax | .25 | $31.25 |
| Paralegal $125 | Sent 1 Letter via Fedex | .75 | $93.75 |
| Paralegal $125 | Prepare Correspondence to Secretary of State of Texas regarding Service of Process | .75 | $93.75 |
| Paralegal $125 | Prepared Correspondence to CT Corporation regarding Plaintiff's Certificate of Interested Parties | .75 | $93.75 |
| Paralegal $125 | Prepare Correspondence to Jeffrey Wohl, Claire Hoffman and  Samuel Cooper(Paul Hastings, LLP- California) and Samuel Cooper and Christie Mathis (Paul Hastings, LLP-Texas) regarding Joint Stipulation regarding Electronic Service | .50 | $62.50 |
| Paralegal $125 | Prepare Correspondence to Jeffrey Wohl, Claire Hoffman and Peter Cooper (Paul Hastings, LLP-California) regarding Plaintiff's Initial Disclosures, Plaintiff Rouse's  and Garza's Objections and Answers to Defendant Target 1st Request for Production and Plaintiff Document Production | 1.00 | $125.00 |
| Paralegal $125 | Prepared Correspondence to the Honorable Judge George C. Hanks, Jr. regarding Discovery Conference | .50 | $62.50 |
| Paralegal $125 | Prepare Correspondence to Jeffrey Wohl, Claire Hoffman and Peter Cooper (Paul Hastings, LLP- | .50 | $62.50 |

Fee Bills for Wills Law Firm, PLLC
Civil Action No. 3:15-cv-00048; *Bobby Rouse, et al., v. Target Corporation*

|  | California) regarding Declined Deposition Date and Protective Order |  |  |
|---|---|---|---|
|  | **TOTAL FOR PARALEGALS** | **30.5** | **$3,812.50** |
|  |  |  |  |
| Law Clerks $150 | Legal research re FLSA exemptions | 6.75 | $1012.50 |
|  | **TOTAL FOR LAW CLERKS** |  | **$1,012.50** |