# WILLS LAW FIRM, PLLC

# EXPENSE STATEMENT

1776 Yorktown, Suite 570
Houston, Texas 77056
Phone (713) 528-4455  Fax (713) 528-2047

DATE: OCTOBER 9, 2015

**RE:**
Rouse v Target Corporation

[Itemized Case Expenses]

| DESCRIPTION | AMOUNT |
|---|---|
| Filing Fees | $400.00 |
| Process Server | $70.00 |
| Travel to Scheduling Conference-RHW Galveston, TX (mileage) | $122.10 |
| Travel to Scheduling Conference-GE-Galveston, TX (mileage) | $122.10 |
| Pre Trial Meals | $73.39 |
| US Legal Hosting | $54.12 |
| FedEx Shipping | $28.17 |
| Faxes @$1.00/per page | $2.00 |
| Copies 1568BW @ $0.15/105Color @ $0.25 per page | $249.85 |
| Postage | $40.00 |
| **TOTAL** | **$1,161.73** |

Make all checks payable to Wills Law Firm, PLLC
Payment is due upon receipt.
If you have any questions concerning this invoice, contact Cynthia Thompson at (713) 528-4455.

**Thank you for your business!**

EXHIBIT
3