# GENEVIEVE B. ESTRADA

1776 Yorktown, Suite 570  Phone: (713) 528-4455
Houston, Texas 77056  Fax: (713) 528-2047

## CURRENT EMPLOYMENT

**WILLS LAW FIRM, PLLC**  Houston, Texas
*Associate*, May 2013 – Present

Responsible for a variety of complex litigation matters with an emphasis on wage and hour litigation.

## PAST LEGAL EXPERIENCE

**WILLS LAW FIRM, PLLC**  Houston, Texas
*Law Clerk*, October 2012 – May 2013

Assisted staff attorneys by completing various legal research projects and preparing legal memoranda on a multitude of wage and hour issues.

## EDUCATION

**J.D., TEXAS SOUTHERN UNIVERSITY, THURGOOD MARSHALL SCHOOL OF LAW, 2013**

*Honors*: Graduated Summa Cum Laude; Deans Merit Scholarship 2011-2013; 2013 Association of Corporate Counsel Scholarship Recipient; Law Review Senior Staff Member; Second Place in the Prescott Woods Negotiations Competition; CALI Award for the highest achievement in the study of Contracts, Torts, Tax, and Family Law.

**B.A., SOCIOLOGY, UNIVERSITY OF TEXAS AT AUSTIN, 2007**

*Honors:* University of Texas at Austin Presidential Scholarship 2003-2004, LULAC Scholarship 2003-2004, Liberal Arts Honors Program 2003-2007.

## BAR ADMISSIONS

- State Bar of Texas
- United States District Court, Southern District of Texas

**EXHIBIT 4**