IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| BOBBY ROUSE and NICOLE GARZA, individually and on behalf of all others similarly situated, | § § § § § § § § § § § § | Civil Action No. 3:15-cv-00048 |
| Plaintiffs, | | |
| v. | | FLSA COLLECTIVE ACTION (JURY TRIAL) |
| TARGET CORPORATION, | | |
| Defendant. | | |

## **FINAL JUDGMENT**

Plaintiffs Bobby Rouse ("Rouse") and Nicole Garza ("Garza") (collectively, "Plaintiffs") filed suit against Defendant Target Corporation ("Defendant" or "Target") for violations of the Fair Labor Standards Act, 29 U.S.C. § 216 ("FLSA").

The Court hereby finds that pursuant to FED. R. CIV. P. 68, Defendant Target Corporation served Plaintiffs with an unconditional offer of judgment in the amount of $6,250.00 for Rouse and $8,750 for Garza. Plaintiffs timely accepted Target's offer. The Court further finds that Defendant is liable under the FLSA for failing to pay overtime wages to Plaintiffs.

Accordingly, the Court hereby RENDERS judgment for Plaintiffs Rouse and Garza and against Defendant Target Corporation.

It is ORDERED that Plaintiffs Rouse and Garza shall recover damages from Target as follows:

1. SIX THOUSAND TWO HUNDRED FIFTY DOLLARS and NO/100 ($6,250.00) to Bobby Rouse for unpaid overtime wages and liquidated damages;

2. EIGHT THOUSAND SEVEN HUNDRED FIFTY DOLLARS AND NO/100 ($8,750.00) to Nicole Garza for unpaid overtime wages and liquidated damages;

3. Reasonable and necessary attorneys' fees in the amount of FORTY EIGHT THOUSAND NINE HUNDRED AND SEVENTY FIVE DOLLARS AND NO/100 ($48,975.00); and

4. Reasonable and necessary expenses and costs in the amount of ONE THOUSAND ONE HUNDRED SIXTY ONE DOLLARS AND 73/100 ($1,161.73).

It is further ORDERED that prejudgment interest is hereby awarded on the total sum at the legal interest rate to be paid from July 24, 2015 until the date of entry of this judgment. Further, it is ORDERED that post-judgment interest is hereby awarded on the total sum at the legal interest rate beginning on the date of this judgment until the judgment until the judgment is paid in full.

This Court ORDERS execution to issue for this judgment immediately.

The Court denies all relief not granted in this judgment.

This is a FINAL JUDGMENT that disposes of all remaining claims and all remaining parties.

The Court directs the Clerk to enter this, a FINAL JUDGMENT and provide a correct copy to all parties.

SIGNED on this the ____ day of _____, 2015.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE